Law Office of Stephen Murphy
STEPHEN N. MURPHY #207102
622 Jackson St.
Fairfield, CA 94533
Telephone: 707-425-3358
Facsimile: 707-359-0211
E-mail: steve@murphyesq.net

Attorney for the Debtor(s)
Susan Louise Magliano−Bassoff

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO

| | |
|---|---|
| In re<br><br>Susan Louise Magliano−Bassoff<br>XXX-XX-5182<br><br><br><br><br><br><br><br>Debtor(s). | Case No.: 13−27992 − B − 13J<br><br>Chapter 13<br><br>DC No.: SNM-2<br><br>**DECLARATION OF DEBTOR IN SUPPORT OF MOTION TO AVOID JUDICIAL LIEN OF JOHN A. DERONDE, JR.**<br><br><br><br>Date: July 30, 2013<br>Time: 9:32 a.m.<br>Courtroom: 32, 6th Floor<br>Judge: Thomas C. Holman |

I, Susan Louise Magliano−Bassoff, hereby declare as follows:

1. I am the Debtor in the above-referenced case.

2. I own my residence located at 3500 Pleasants Trail, Vacaville, CA. The Solano County Assessor's Parcel number is 0102-090-100 (the "Property"). I live in this Property.

3. John A. Deronde, Jr. ("Creditor") filed proof of claim number one (1) on June 19, 2013 (the "Proof of Claim"). A true and correct copy of the Proof of Claim is attached hereto

**DECLARATION OF DEBTOR IN SUPPORT OF MOTION TO AVOID JUDICIAL LIEN OF JOHN A. DERONDE, JR.**
*MAGLIANO-BASSOFF 13-27992 (SNM-2)*

1

as **Exhibit 1**.

4. Creditor recorded an Abstract of Judgment against the Property with the Solano County Recorder's Office on September 17, 2010 as Instrument #201000085060. A true and correct copy of the Abstract of Judgment is attached hereto as **Exhibit 2**.

5. Creditor was listed and scheduled properly as a creditor under 11 U.S.C. § 521(a)(1), and their claim is dischargeable under 11 U.S.C. § 727.

6. As of the date I filed the bankruptcy, the total amount of unavoidable liens on my property was $659,999.00. The Fair Market Value of the Property was $607,000.00

    Fair Market Value               $607,000.00

    My First Deed of Trust          $659,999.00

    Net Equity (negative)           — $52,999.00

7. The Property is listed as an asset on Schedule "A" of my bankruptcy petition. A true and correct copy of Schedule "A" is attached hereto as **Exhibit 3**.

8. I claimed an exemption on the Property on Schedule "C" of my bankruptcy petition. A true and correct copy of Schedule "C" is attached hereto as **Exhibit 4**.

9. I listed the secured claims which encumber the property on Schedule "D" of my bankruptcy petition. A true and correct copy of Schedule "D" is provided as **Exhibit 5**.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 28, 2013, at Fairfield, California.

/s/ Susan Louise Magliano-Bassoff
SUSAN LOUISE MAGLIANO-BASSOFF
*Debtor*